Case 3:16-cv-02094-AC    Document 1-1    Filed 10/31/16    Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**PA 1-984-029**
**Effective Date of Registration:**
April 15, 2016

## Title

**Title of Work:** Criminal

**Nature of Claim:** Motion Picture

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 07, 2016
**Nation of 1st Publication:** Israel
**Preregistration:** PRE000008521

## Author

- **Author:** Criminal Productions Inc.
  **Author Created:** Entire Motion Picture
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Criminal Productions Inc.
318 N. Carson Street #208, Carson City, NV, 89701

## Limitation of copyright claim

**Material excluded from this claim:** Criminal Motion Picture Screenplay - PAu 3-772-954 - Registered July 31 2014
**Previously registered:** Yes
**Basis of current registration:** This is the first published edition of a work prev. registered as unpublished.

**New material included in claim:** All other cinematographic material additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects

## Certification

**Name:** Michael A. Hierl
**Date:** April 14, 2016

EXHIBIT 1

**Correspondence:**   Yes

