Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CRIMINAL PRODUCTIONS, INC.** | Case No.: 3:16-cv-02094 |
| Plaintiff, | PLAINTIFF'S RULE 7.1 DISCLOSURE |
| v. | |
| **DOE-67.171.170.14,** | |
| Defendant, | |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff states A&T IP, Inc. (Nevada) is its owner and no publicly held corporation owns 10% or more of its stock.

DATED: October 31, 2016.

*/s/ Carl D. Crowell*
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
(503) 581-1240
Of attorneys for plaintiff